AO 86A  (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

```
       ____ FILED         ____ RECEIVED
       ____ ENTERED       ____ SERVED ON
                          COUNSEL/PARTIES OF RECORD

            OCT 1 6 2020

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
       BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | |
|---|---|
| United States of America )<br>v. )<br>**DOUGLAS EDWARDS, III** )<br> )<br>*Defendant* ) | Case No. **2:20-cr-00121-NJK** |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

*[signature: Doug Edwards]*
*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

*[signature: Doug Edwards]*
*Defendant's signature*

The United States consents to the jury-trial waiver: *[signature]*
*Government representative's signature*

Rachel Kent, Special Assistant United States Attorney
*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

*[signature: Doug Edwards]*
*Defendant's signature*

Evan D. Schwab
*Printed name of defendant's attorney (if any)*

*[signature]*
*Signature of defendant's attorney (if any)*

Date: October 16, 2020

Approved by: *[signature]*
*Magistrate Judge's signature*